# United States Court of Appeals for the Federal Circuit

———————————

November 4, 2024

**ERRATA**

———————————

Appeal No. 2023-1785

**CENTRIPETAL NETWORKS, LLC,**
*Appellant*

**v.**

**PALO ALTO NETWORKS, INC.,**
*Appellee*

———————————

Decided:  October 31, 2024
Nonprecedential Opinion

———————————

Please make the following change:

The image on page 10 is removed and re-inserted between what are currently lines 5 and 6 on page 11.  The image is now located after "(*i.e.,* the claimed "packet-filtering device"):" and before "*'413 Decision,* at \*13; J.A. 9243."